1

2

3

4

5

6                          IN THE UNITED STATES DISTRICT COURT

7                        FOR THE EASTERN DISTRICT OF CALIFORNIA

8

9   KOTEY QUANSAH,                           1:06-CV-0359 AWI DLB P

10          Plaintiff,

11      vs.                                  ORDER TO SUBMIT APPLICATION
                                             TO PROCEED IN FORMA PAUPERIS
12   KERN COUNTY JAIL                        **OR** FILING FEE
     COMMANDER, et al.,
13
            Defendants.
14   _____/

15          Plaintiff is a federal prisoner proceeding pro se in a civil rights action pursuant to 42

16   U.S.C. § 1983 against the Kern County Jail.  Plaintiff has not paid the $250.00 filing fee, or submitted

17   an application to proceed in forma pauperis on the appropriate form pursuant to 28 U.S.C. § 1915.

18   Accordingly, IT IS HEREBY ORDERED that:

19          1. The Clerk's Office shall send to plaintiff the form for application to proceed in forma

20   pauperis.

21          2.  Within thirty days of the date of service of this order, plaintiff shall submit a

22   completed application to proceed in forma pauperis, or in the alternative, pay the $250 filing fee for this

23   action.  Failure to comply with this order will result in a recommendation that this action be dismissed.

24          IT IS SO ORDERED.

25      **Dated:    May 1, 2006**              **/s/ Dennis L. Beck**
     3c0hj8                                   UNITED STATES MAGISTRATE JUDGE
26

27

28