# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KOTEY QUANSAH,<br><br>            Plaintiff,<br><br>     v.<br><br>KERN COUNTY JAIL COMMANDER, et al.,<br><br>            Defendants.<br>_____/ | CASE NO. 1:06-cv-00359-AWI-DLB PC<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, AND DISMISSING ACTION FOR PLAINTIFF'S FAILURE TO PROSECUTE<br><br>(Doc. 13) |

Plaintiff Kotey Quansah ("plaintiff") is a prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On May 22, 2008, the Magistrate Judge filed a <u>Findings and Recommendations</u> herein which was served on plaintiff and which contained notice to plaintiff that any objections to the Findings and Recommendations were to be filed within thirty days.[1] Plaintiff did not file timely objections to the Findings and Recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a <u>de novo</u> review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

---

[1] The United States Postal Service returned the Findings and Recommendations on June 9, 2008 as undeliverable. A notation on the envelope reads "Refused, Unable to Forward". However, plaintiff has not notified the court of any change in his address. Absent such notice, service at a party's prior address is fully effective. Local Rule 83-182(f).

1

1 | Accordingly, IT IS HEREBY ORDERED that:

2 | 1.  The Findings and Recommendations, filed May 22, 2008, is adopted in full; and

3 | 2.  This action is dismissed in its entirety based on plaintiff's failure to prosecute.

5 | IT IS SO ORDERED.

6 | **Dated:**   **July 25, 2008**          /s/ Anthony W. Ishii
                                          CHIEF UNITED STATES DISTRICT JUDGE